UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL A. RONQUILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>CDCR, et al.,<br><br>    Defendants. | Case No. 23-cv-04581 BLF (PR)<br><br>**ORDER GRANTING REQUEST FOR SERVICE OF SUBPOENA**<br><br>(Docket No. 24) |

Plaintiff has filed a request for assistance in serving a subpoena to the Litigation Coordinator to identify a John Doe defendant. Dkt. No. 24. The request is **GRANTED**. *See* 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3). The Clerk is instructed to issue the proposed subpoena submitted by Plaintiff, Dkt. No. 24 at 4, by affixing her signature and seal on the subpoena, and to forward it to the United States Marshal; and the United State Marshal is instructed to serve the subpoena without prepayment of fees.

This order terminates Docket No. 24.

**IT IS SO ORDERED.**

Dated:  __May 30, 2024_____

_____
BETH LABSON FREEMAN
United States District Judge

Order Granting Request for Subpoena
PRO-SE\BLF\CR.23\04581Ronquillo_svc.subpoena