UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GABRIEL ALEXANDER RONQUILLO,

Plaintiff,

v.

MANUEL CHAVIRRA, et al.,

Defendants.

Case No. 23-cv-04581-EKL

**ORDER GRANTING STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE**

Re: Dkt. No. 81

Pursuant to the parties' stipulation, the Court **GRANTS** their joint request for dismissal of the entire action with prejudice. Fed. R. Civ. Pro. 41(a). Each party will bear its own costs and attorney's fees. The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: January 20, 2026

Eumi K. Lee
United States District Judge

United States District Court
Northern District of California